IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:07cr146-MHT |
| | ) |
| ROGER LADRELL McCULLOUGH | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Roger Ladrell McCullough.

        **s/ Thomas M. Goggans**
        Ala. State Bar No. 2222-S45-T
        2030 East Second Street
        Montgomery AL 36106
        PH: 334.834.2511
        FX: 334.834.2512
        e-mail: tgoggans@tgoggans.com

        Attorney for Defendant
        Roger Ladrell McCullough

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:07cr146-MHT |
| | ) |
| ROGER LADRELL McCULLOUGH | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of August, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: A. Clark Morris, John T. Harmon.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Roger Ladrell McCullough

2