IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:07cr146-MHT |
| | ) |
| ROGER LADRELL McCULLOUGH | ) |

**MOTION TO SET CASE FOR DECEMBER 10, 2007 TRIAL TERM**

Comes now Defendant Roger Ladrell McCullough, by and through counsel, and shows as follows:

1. Defendant is charged in this action with drug and weapon offenses.

2. Defendant first appeared before this Court on August 22, 2007.

3. It is the understanding of counsel that discovery from the United States of America will not be available until August 28, 2007.

4. Defending this case will involve analysis and litigation of search and seizure issues. The initial analysis cannot be completed until after receipt of discovery materials.

5. Defendant will need some time (several months) to analyze and litigate any search and seizure issues and prepare for trial or possibly explore settlement options.

WHEREFORE, Defendant Roger Ladrell McCullough moves this Court to set this case on its December 10, 2007 trial term docket.

<u>**s/ Thomas M. Goggans**</u>
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Roger Ladrell McCullough

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:07cr146-MHT |
| | ) |
| ROGER LADRELL McCULLOUGH | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23d day of August, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: A. Clark Morris, John T. Harmon.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Roger Ladrell McCullough

2