IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07cr146-MHT |
| | ) | |
| ROGER LADRELL McCULLOUGH | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW **Roger Ladrell McCullough,** a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Roger Ladrell McCullough

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07cr146-MHT |
| | ) | |
| ROGER LADRELL McCULLOUGH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 23d day of August, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: A Clark Morris and John T. Harmon.

    **s/ Thomas M. Goggans**
    Ala. State Bar No. 2222-S45-T
    2030 East Second Street
    Montgomery AL 36106
    PH; 334.834.2511
    FX: 334.834.2512
    e-mail tgoggans@tgoggans.com

    Attorney for Defendant
    Roger Ladrell McCullough