IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR NO. 3:07CR146-MHT |
| ) | |
| ROGER LADRELL McCULLOUGH ) | |

**O R D E R**

Upon consideration of the *Motion to Set Case for the December 10, 2007 Trial Term* (doc. #11) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 24th day of August, 2007.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE