IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 3:07CR-146-MHT |
| | ) | |
| ROGER LADRELL MCCULLOUGH | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference presently set for September 21, 2007 be and is hereby **RESET** for **October 12, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 18th day of September, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE