IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                     ) | CR. NO. 3:07-cr-146-MHT |
| ) | |
| ROGER LADRELL McCULLOUGH ) | |

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Roger McCullough, into the custody of Theron Jackson, ATF, and/or Tim Fitzpatrick, ATF, from October 31, 2007, through January 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Theron Jackson, ATF, and/or Tim Fitzpatrick, ATF to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 31st of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
CMorris1@usa.doj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-146-MHT |
| | ) | |
| ROGER LADRELL McCULLOUGH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
CMorris1@usa.doj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:07-cr-146-MHT |
| ) | |
| ROGER LADRELL McCULLOUGH ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on October 31, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Roger McCullough, to Theron Jackson, ATF, and/or Tim Fitzpatrick, ATF, on October 31, 2007, through January 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Theron Jackson, ATF, and/or Tim Fitzpatrick, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of October, 2007.

_____
Charles S. Coody
CHIEF UNITED STATES MAGISTRATE JUDGE