```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
VS.                         )   CASE NO. 03:07cr146-MHT
                            )
ROGER LADRELL McCULLOUGH    )

**MOTION TO WITHDRAW MOTION TO SUPPRESS**

Comes now Defendant Roger Ladrell McCullough, by and through counsel, and shows as follows:

1. Defendant McCullough previously filed a motion to suppress in this case. (Doc. 16)

2. This case is proceeding to settlement. A hearing on the motion to suppress will not be necessary.

ACCORDINGLY, Defendant Roger Ladrell McCullough moves to withdraw his motion to suppress (Doc. 16).

                                          **s/ Thomas M. Goggans**
                                          Ala. State Bar No. 2222-S45-T
                                          2030 East Second Street
                                          Montgomery AL 36106
                                          PH: 334.834.2511
                                          FX: 334.834.2512
                                          e-mail: tgoggans@tgoggans.com

                                          Attorney for Defendant
                                          Roger Ladrell McCullough

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 3:07cr146-MHT |
| | ) | |
| ROGER LADRELL McCULLOUGH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 1st day of November, 2007 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: A. Clark Morris, John T. Harmon.

<u>s/ Thomas M. Goggans</u>
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Roger Ladrell McCullough