IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.: 3:07-CR-146-MHT |
| ) | |
| ROGER LADRELL McCULLOUGH ) | |

**O R D E R**

Upon consideration of the *Motion to Withdraw Motion to Suppress* (doc. #20) filed by the defendant and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. Defendant's *Motion to Suppress* (doc. #16) is hereby withdrawn. It is further

**ORDERED** that the hearing presently set for 10:00 a.m. on November 2, 2007 be and is hereby CANCELED.

Done this 1st day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE