IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 3:07cr146-MHT |
| ROGER LADRELL McCULLOUGH ) | |

<u>ORDER</u>

It is ORDERED that defendant Roger Ladrell McCullough's motion to continue (doc. no. 23) is denied. Defendant McCullough and the government have had over three months to prepare for some disposition of this case, trial or otherwise.

DONE, this the 26th day of November, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE