IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:07cr146--MHT |
| | ) |
| ROGER LADRELL McCULLOUGH | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now Defendant Roger Ladrell McCullough, by and through counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

    **s/ Thomas M. Goggans**
    Ala. S.J.I.S. GOG001
    2030 East Second Street
    Montgomery AL 36106
    PH: 334.834.2511
    FX: 334.834.2512

    Attorney for Defendant
    Roger Ladrell McCullough

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 3:07cr146-MHT |
| | ) |
| ROGER LADRELL McCULLOUGH | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 27th day of November, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: Clark A. Morris, John T. Harmon.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Roger Ladrell McCullough

2