```
                                                                    FILED
     IN THE UNITED STATES DISTRICT COURT
     FOR THE MIDDLE DISTRICT OF ALABAMA          DEC - 4 2007
              EASTERN DIVISION
                                                         CLERK
                                                   U. S. DISTRICT COURT
                                                   MIDDLE DIST. OF ALA.
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:07-CR-146-MHT |
| | ) |
| ROGER LADRELL MCCULLOUGH | ) |

## CONSENT

I, **Roger Ladrell McCullough**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 4th day of December, 2007.

_____
Defendant

_____
Attorney