```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF ALABAMA
                  EASTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 3:07cr146-MHT |
| ) | |
| **ROGER LADRELL MCCULLOUGH** ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 21st day of February, 2008.

```
                       LEURA G. CANARY
                       UNITED STATES ATTORNEY


                       /s/Tommie Brown Hardwick
                       TOMMIE BROWN HARDWICK
                       Assistant United States Attorney
                       Bar Number: ASB4152 W86T
                       131 Clayton Street
                       Montgomery, Alabama 36104
                       Phone: (334) 223-7280
                       Fax: (334) 223-7135
                       E-mail: tommie.hardwick@usdoj.gov
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                Respectfully submitted,

                                **/s/Tommie Brown Hardwick**
                                TOMMIE BROWN HARDWICK
                                Assistant United States Attorney