```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                     EASTERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   **v.** )   CR. NO. 3:07cr146-MHT
)
**ROGER LADRELL MCCULLOUGH** )

### MOTION TO STRIKE FORFEITURE ALLEGATION-1

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and hereby moves this Court to strike "forfeiture allegation-1" from the indictment returned July 18, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 21st day of February, 2008.

                      LEURA G. CANARY
                      UNITED STATES ATTORNEY


                      **/s/Tommie Brown Hardwick**
                      TOMMIE BROWN HARDWICK
                      Assistant United States Attorney
                      Bar Number: ASB4152 W86T
                      131 Clayton Street
                      Montgomery, Alabama 36104
                      Phone: (334) 223-7280
                      Fax: (334) 223-7135
                      E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    **/s/Tommie Brown Hardwick**
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 3:07cr146-MHT** |
| ) | |
| **ROGER LADRELL MCCULLOUGH** ) | |

### O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation-1 heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation-1 is hereby stricken.

DONE this ____ day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE