IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL ACTION NO.
                            )      3:07cr146-MHT
ROGER LADRELL MCCULLOUGH    )

<u>ORDER</u>

Based upon the representations made in open court on February 21, 2008, it is ORDERED as follows:

(1) Defendant Roger Ladrell McCullough's oral motion to continue is granted.

(2) Sentencing for defendant McCullough is continued to April 2, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 22nd day of February, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE