IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr146-MHT |
| ROGER LADRELL MCCULLOUGH | ) | |

## ORDER

Sentencing for defendant Roger Ladrell McCullough having been continued so that the parties may investigate further whether defendant McCullough's objection no. 1 (that is, the objection to ¶ 38, the counting of the two Lee County convictions as part of the criminal history) has merit, it is ORDERED as follows:

(1) By March 19, 2008, the government and probation are to file briefs on this objection.

(2) By March 26, 2008, defendant Roger Ladrell McCullough is to file a brief on this objection.

DONE, this the 22nd day of February, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE