IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CRIMINAL ACTION NO.** |
| ) | **3:07cr146-MHT** |
| **ROGER LADRELL MCCULLOUGH** ) | |

### ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 36) is granted.

DONE, this the 22nd day of February, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**