IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**UNITED STATES OF AMERICA** )
)
    **v.** )   CR. NO. 3:07cr146-MHT
)
**ROGER LADRELL MCCULLOUGH** )

**O R D E R**

Upon consideration of the Motion to Strike Forfeiture Allegation-1 (doc. no. 37) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation-1 is hereby struck.

DONE, this the 22nd day of February, 2008.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE