IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | CRIMINAL ACTION NO. |
| ) | 3:07cr146-MHT |
| **ROGER LADRELL McCULLOUGH** ) | |

### ORDER

Because of a scheduling conflict, it is ORDERED that the sentencing for defendant Roger Ladrell McCullough, now set for April 2, 2008, is reset for April 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of March, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**