IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CASE NO. 3:07cr146-MHT |
| ) | |
| **ROGER LADRELL MCCULLOUGH** ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on December 19, 2007, this Court entered a Preliminary Order of Forfeiture (Doc. #33), forfeiting the following property to the United States:

> One Sig Sauer, model P226, 9mm pistol, bearing serial number U184201.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Roger Ladrell McCullough has an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion for final order of forfeiture (Doc. #48) is granted as follows:

1. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

>One Sig Sauer, model P226, 9mm pistol, bearing serial number U184201.

2. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 28th day of April, 2008.

>/s/ Myron H. Thompson
>UNITED STATES DISTRICT JUDGE