IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:07cr146-MHT |
| | ) | (WO) |
| ROGER LADRELL MCCULLOUGH | ) | |

## ORDER

After and independent and de novo review of the record, and upon consideration of the recommendation of the court's First Step Act Panel (Doc. 90), it is ORDERED that defendant's motion for appointment of counsel (Doc. 89) is construed as also containing a motion for sentence reduction under Section 401 of the First Step Act, and both motions are denied. Defendant's motion for sentence reduction under Section 401 of the First Step Act is denied because the changes made in Section 401 are not retroactive, and the motion for appointment of counsel is denied because defendant does not have a potentially viable argument for a sentence reduction.

DONE, this the 16th day of July, 2021.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**